# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 1:22-CV-02902-JGK

Date Filed: 4/7/2022

Plaintiffs:
**LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED**

vs.

Defendant:
**KSK PRIVATE LABEL HOLDINGS, INC.**

Received by Bullet Legal Services on the 4th day of May, 2022 at 2:19 pm to be served on **KSK PRIVATE LABEL HOLDINGS, INC., Guy Kinberg - Registered Agent, 1205 Muscato Court, Las Vegas, NV 89144**.

I, Anthony Spada, being duly sworn, depose and say that on the **5th day of May, 2022** at **5:28 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the *SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT* to: **LAURA JONES**, **Guard Gate Officer**, at the guard-gated entrance to the address of: **Guy Kinberg - Registered Agent, 1205 Muscato Court, Las Vegas, NV 89144**, pursuant to Nevada Revised Statute 14.090, as a guard posted at the gate of the residence to which the undersigned has been denied access.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 160, Hair: BROWN, Glasses: N

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

Anthony Spada
R-2018-06348

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 7th day of May, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2023

**Bullet Legal Services**
1930 Village Center Circle, #3-965
Las Vegas, NV 89134
(702) 823-1000

Our Job Serial Number: BRT-2022001506

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

