**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LESHAWN YOUNG, on behalf of herself and all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KSK PRIVATE LABEL HOLDINGS, INC., <br><br> Defendant. | Case No.: 1:22-cv-2902(JGK) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant KSK Private Label Holdings, Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including August 29, 2022.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant expressly reserve, any and all defenses; provided, however, that Defendant waives any defense that the Summons and Complaint were not properly served upon Defendant.

Plaintiff previously requested an extension of time to August 15, 2022 for Defendant to respond to the Complaint (Dkt. No. 7) which the Court granted (Dkt. No. 8).

Case 1:22-cv-02902-JGK   Document 10   Filed 08/15/22   Page 2 of 2

Dated: August 15, 2022

| | |
|---|---|
| GOTTLIEB & ASSOCIATES | GUZOV, LLC |
| By: *[signature]* | By: *[signature]* |
| Michael A. LaBollita (ML-9985) | Debra J. Guzov (DG-7125) |
| Jeffrey M. Gottlieb (JG-7905) | Philip M. Smith (PS-8132) |
| Dana L. Gottlieb (DG-6151) | |

150 East 18 St.
Suite PHR
New York, New York 10003
Tel: (212)228-9795

Michael@Gottlieb.legal
Jeffrey@gottlieb.legal
Dana@Gottlieb.legal

*Attorneys for Plaintiff Leshawn Young*

437 Madison Avenue, 24th Floor
New York, New York 10022
Tel.: (212) 371-8008

dguzov@guzovllc.com
psmith@guzovllc.com

*Attorneys for Defendant KSK Private Label Holdings, Inc.*

SO ORDERED

_____
Hon. John G. Koeltl
United States District Court