UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

LESHAWN YOUNG,

                    Plaintiff,           22-cv-2902 (JGK)

      - against -            ORDER

KSK PRIVATE LABEL HOLDINGS, INC.,
                    Defendant.
─────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

September 13, 2022.


SO ORDERED.
Dated:     New York, New York
           August 30, 2022

                          /s/ John G. Koeltl
                              John G. Koeltl
                  United States District Judge