UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG,

                Plaintiff,

- against -

KSK PRIVATE LABEL HOLDINGS, INC.,

                Defendant.

22-cv-2902 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On August 30, 2022, the Court ordered the parties in this action to file a Rule 26(f) report by September 13, 2022. See ECF No. 15. To date, no Rule 26(f) report has been filed. The time for the parties to file a Rule 26(f) report is extended to **November 23, 2022**. If the parties fail to file a Rule 26(f) report by that date, the case may be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            November 9, 2022

                                       John G. Koeltl
                                  United States District Judge