UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESHAWN YOUNG,

                Plaintiff,

   - against -                          22-cv-2902(JGK)

KSK PRIVATE LABEL HOLDINGS, INC.,     ORDER
                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the plaintiff's November 16, 2022 letter, ECF No. 17, which attaches a Rule 26(f) report that the plaintiff filed on August 25, 2022, ECF No. 12. Parties are "jointly responsible" for submitting proposed scheduling orders, Fed. R. Civ. P. 26(f)(2), yet the plaintiff submitted her proposed order before the defendant answered the complaint, and the November 16, 2022 letter does not indicate the defendant's agreement to all the terms in the proposed order. Accordingly, by **Monday, November 21, 2022,** the parties are directed to jointly file a Rule 26(f) report or to indicate by letter to the Court the defendant's agreement with all the terms of the plaintiff's proposed Rule 26(f) report.

**SO ORDERED.**

Dated:    New York, New York
           November 17, 2022

                                                        _____
                                                           John G. Koeltl
                                                    United States District Judge